| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | HENRY Z. CARBAJAL, III<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, California 93721 |
| 4 | (559) 497-4000<br>Facsimile: (559) 497-4099 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

FILED
AUG 2 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ABEL MARTIN CARREON,

Defendant.

CASE NO. 1:13-CR-00278-AWI-BAM

ORDER STAYING DEFENDANT'S PRE-TRIAL ORDER OF RELEASE DURING PENDENCY OF GOVERNMENT'S MOTION TO REVOKE DEFENDANT'S PRE-TRIAL ORDER OF RELEASE PURSUANT TO 18 U.S.C.§ 3145(A)

BASED UPON the Government's motion to revoke the pre-trial order of release of defendant ABEL MARTIN CARREON and to stay the order of release during the pendency of its motion pursuant to 18 U.S.C. § 3145(a), dated August 2, 2013, this Court having original jurisdiction over the offenses charged by Indictment in this case, and good cause appearing,

IT IS HEREBY ORDERED that the pre-trial order of defendant ABEL MARTIN CARREON's release IS HEREBY STAYED.

IT IS FURTHER ORDERED that the defendant ABEL MARTIN CARREON will remain in United States Marshal's custody during the pendency of the government's motion and until further Order of the Court,

IT IS FURTHER ORDERED that the Fresno office of the Federal Public Defender is provisionally appointed to represent ABEL MARTIN CARREON for the motion to revoke.

Order Staying Defendant's Pre-Trial Order of Release During
Pendency of Government's Motion to Revoke Pre-Trial Order

1

1    IT IS FURTHER ORDERED that the hearing on this motion will be held on the 3rd of
2    ~~August~~ September, 2013, before this Court, Courtroom No. 2, 2500 Tulare Street, Fresno, California.

3    IT IS SO ORDERED.

4    Dated this 2nd day of August, 2013.

     _____
5    HON. ANTHONY W. ISHII
     SENIOR UNITED STATES DISTRICT JUDGE

Order Staying Defendant's Pre-Trial Order of Release During         2
Pendency of Government's Motion to Revoke Pre-Trial Order